IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HILTON LAWRENCE BROWN,

    Petitioner,                   No. CIV S-10-1715 KJM P

    vs.

WARDEN McEWEN,

    Respondent.               ORDER

                                    /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is presently incarcerated at Calipatria State Prison in Imperial County. He is serving a sentence for a conviction rendered by the Los Angeles County Superior Court.

        The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973). In the instant case, petitioner's conviction occurred in an area covered by the District Court for the Central District of California.

/////

/////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

DATED: July 15, 2010.

_____
U.S. MAGISTRATE JUDGE

/mp
brow1715.108a

2